**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**JUAN ESPINOZA BARRON ,**

Petitioner,

vs.

**WARDEN, CENTRAL VALLEY ANNEX,**

Respondent.

/

**1:26−CV−08807−KES−SAB (HC)**

ORDER AUTHORIZING
IN FORMA PAUPERIS STATUS

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed in forma pauperis. The petition will be screened in due course.

SO ORDERED.

DATED: 10/27/26

/s/ Stanley A. Boone
United States Magistrate Judge